# EXHIBIT C

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    -----------------------------------------x
      SCHOTTENFELD QUALIFIED ASSOCIATES LP,
 4    on behalf of itself and all others
      similarly situated,
 5
                              Plaintiff,
 6
                              Case No. 05-CV-7092(CLB)
 7
                  -against-
 8
 9    WORKSTREAM, INC.; MICHAEL MULLARKEY;
      AND DAVID POLANSKY,
10
                              Defendants.
11    -----------------------------------------x
12                                              COPY
13
14
          DEPOSITION OF RICHARD SCHOTTENFELD
15
              New York, New York
16
          Monday, October 9, 2006
17
18
19
20
21    Reported by:
      DOROTHY H. LONDON, RPR
22
23
24
25    Job No. 188265
```

1           R. SCHOTTENFELD

2          exists as a result.

3                 Pursuant to Rule 30(b)(6), you

4          would need to specify what you wanted him

5          to testify about.  We never received any

6          notification.  Instead, we were asked to

7          present Mr. Schottenfeld, which is what

8          we're doing.

9                 MR. GOWEN:  Well, let me go off the

10         record then.  Can we go off the record?

11                (Discussion held off the record.)

12  BY MR. GOWEN:

13         Q.    Sorry for the interruption,

14  Mr. Schottenfeld.  How old are you?

15         A.    I'm 45.

16         Q.    What is your educational

17  background?

18         A.    I have a bachelor's degree from

19  Franklin and Marshall College.

20         Q.    In what?

21         A.    It's a double major, economics and

22  government.

23         Q.    When did you get that?

24         A.    I graduated in 1982.

25         Q.    Any education after that?

Page 13

1                           R. SCHOTTENFELD

2          A.    A few industry-related course work,

3     but I didn't get a master's.

4          Q.    So no other degrees?

5          A.    No other degrees.

6          Q.    Did you take any other courses at

7     any academic institutions?

8          A.    Again, at New York Institute of

9     Finance and things like that, you know, but more

10    career-related training program.

11         Q.    I think you mentioned before they

12    are industry related, and then you mentioned

13    they are career related.  What industry or

14    career are you referring to?

15         A.    The investment industry, you know,

16    for financial industry, things like technical

17    analysis and securities research and things like

18    that that relate to my business.

19         Q.    What is your business?

20         A.    I own Schottenfeld Group, which is

21    a broker/dealer that specializes in proprietary

22    trading, and I also own Schottenfeld Qualified

23    Associates and Schottenfeld Associates, which

24    are hedge funds.

25         Q.    What's proprietary trading?

Page 18

1                      R. SCHOTTENFELD

2   are made by Schottenfeld Management, correct?

3          A.     That would be correct.

4          Q.     Who makes decisions for

5   Schottenfeld Management?

6          A.     Myself and -- I mean, the other

7   individuals have selected authority when I give

8   it to them, but ultimately, myself.

9          Q.     So in that sense, through

10  Schottenfeld Management, you make the investment

11  decisions for Schottenfeld Qualified Associates,

12  correct?

13         A.     That is correct.

14         Q.     Winchester Holdings you mentioned

15  is the general partner of the fund entity,

16  correct?

17         A.     That's correct.

18         Q.     What is the difference between

19  Winchester's duties and Schottenfeld

20  Management's duties with respect to the fund

21  entity?

22                MR. STONE:  Objection to form.

23         Q.     If you understand, you may answer

24  it.

25                MR. STONE:  You can still answer

R. SCHOTTENFELD

1
2  Winchester.

3      Q.    So Winchester makes no investment

4  decisions for the fund?

5      A.    We're all one and the same, so it's

6  difficult to say that, but I would guess that I

7  probably, if I looked at it from a legal

8  perspective, make those decisions as my role in

9  Management Corp., not in Winchester.

10      Q.    Let's go back.  I'd like to ask you

11  about your occupations and your employment

12  between college and now.

13      A.    Okay.  Just chronologically, go

14  through it for you?

15      Q.    Please.

16      A.    I began working for a firm of

17  Fagenson & Company, which is run by Bob

18  Fagenson.  It was a New York Stock Exchange

19  specialist firm and worked in various jobs.

20  Initially, I started on the floor, then worked

21  through their back office and learned the

22  business from a trading perspective there.

23          From that, I went to Starr

24  Securities, which was an entity controlled by

25  Fagenson & Company, where I started doing -- I

Page 21

1                           R. SCHOTTENFELD

2      was employed technically as a broker, and I

3      would look for ideas, investment ideas, which

4      developed in a practice that primarily

5      concentrated on hedge funds, where I would sell

6      institutional investors ideas.

7                 From that, one of my clients, a

8      firm named Cantor, Weiss & Freidner, had a fund

9      called Bridgewater Partners which I was

10     providing ideas to.  They hired me to help run

11     money and transition myself from the sell side

12     to the buy side.  They felt that my ideas were

13     good.  It was there that I started the

14     proprietary trading operation and ultimately

15     started my own hedge fund after working on

16     Bridgewater Partners for a while.

17                 And then from there, I left and

18     went and sat at a firm called Puglisi & Company

19     for two years, where I managed my hedge fund and

20     further built my proprietary trading operation.

21     And then in about two and a half or three years

22     ago, I formed the broker/dealer, Schottenfeld

23     Group, which again, moved the same collection of

24     businesses into Schottenfeld Group, where they

25     reside now.

Page 22

1                           R. SCHOTTENFELD

2          Q.     So you've been in the investment

3     business since 1982, correct?

4          A.     I think it was '83 that I started

5     at Fagenson & Company.

6          Q.     Just to be more clear, you've been

7     investing professionally since 1983, correct?

8          A.     In different capacities, I'd say

9     probably 1983 I wasn't investing professionally,

10    but somewhere along the way, that transitioned

11    from a back office to front office.

12         Q.     You mentioned that you spent time

13    in the beginning looking for investment ideas.

14    What did you mean by that?

15         A.     You'd research companies and try to

16    find opportunities where you felt that there was

17    going to be good growth or investment prospects

18    and I guess or look for companies that were

19    damaged and deteriorating to short, as well but

20    just looking for opportunities to present to

21    investors at that point initially in my role as

22    a broker that they would find appealing and as

23    my career moved on, that I found appealing for

24    my investors.

25         Q.     You mentioned that you switched

Page 30

R. SCHOTTENFELD

1

2      A.     No.

3      Q.     Do you act as an investment advisor
4   for any people?

5      A.     From time to time, I may discuss
6   investments that I think have merit with people
7   that are clients of my brokerage firm, but I
8   don't have any input into their investment
9   decision.

10     Q.     Have you ever appeared on
11  television?

12     A.     Yes.

13            MR. STONE:  Wait for the next
14        question.

15            THE WITNESS:  I'm sorry.

16     Q.     How many times have you appeared on
17  TV?

18     A.     I don't know an exact number,
19  probably about a hundred.

20     Q.     What channel?

21     A.     CNBC, I've been on Bloomberg, I've
22  been on CNN.

23     Q.     Has it always been because of your
24  knowledge of the investment world?

25     A.     Yes.

Page 31

R. SCHOTTENFELD

1

2     Q.    Do you know why they wanted you to

3  be on TV?

4            MR. STONE:  Objection to form.

5        Only if you know.

6     A.    I don't know why they wanted me to

7  be on TV.

8     Q.    Do they consider you someone who

9  has expert knowledge of any particular field?

10    A.    Technology is an area that they

11 believe I have an expertise, and general

12 investments, I think they call on me for my

13 expertise in the area.

14    Q.    Are you there to speak from the

15 perspective of any particular sector of the

16 investment world?

17            MR. STONE:  Objection to form.  Are

18       you talking for all of the appearances or

19       just generally?

20    Q.    Well, do the appearances differ in

21 that way?

22    A.    I've been on a number of different

23 shows where I've been asked to perform different

24 roles.  The most frequent role is that of host,

25 guest host of a show called Squawk Box where I'm

Page 32

1                          R. SCHOTTENFELD

2    asked to not only discuss things I know about

3    but also get involved in the questioning and

4    dialogue of a series of guests that are on.

5              And I guess from that perspective,

6    I'm called on because of my general knowledge

7    that I, you know, I could speak to a lot of

8    these topics that come up, and I believe that's

9    why they call on me.

10        Q.    Then other times you're called upon

11   to speak --

12        A.    On my own investment -- you know,

13   generally, there might be in a show of a few

14   minutes of segments where they ask me about what

15   I'm doing in the marketplace, and then there are

16   other segments where they ask me to question

17   others on what they're doing.

18              MR. GOWEN:  I have to break into my

19        box, so if you want to break.  It's a

20        little early but...

21              MR. STONE:  Sure.

22              (Recess taken.)

23              (Schottenfeld Exhibit 1, Private

24        Placement Memorandum for Schottenfeld

25        Qualified Associates LP, marked for

Page 34

R. SCHOTTENFELD

1

2      Q.    Is there a more current version of

3  this document?

4      A.    I don't believe so, although we had

5  to register -- we had to, then we didn't have to

6  register as registered investment advisors, and

7  we were preparing a modification of the document

8  because we had gone through that qualification

9  process.  If that were not incorporated into

10 this one, I don't think because of the current

11 controversy regarding that law that we've made

12 that our official PPM yet, but just to alert you

13 to the fact that that revision was either

14 contemplated or completed at this point.  I'm

15 not sure whether that would supersede this, but

16 this is effectively the most current one, I

17 believe.

18     Q.    Is this document, Shottenfeld

19 Exhibit 1, a currently accurate description of

20 the investment objective and method of operation

21 of Schottenfeld Qualified Associates?

22          MR. STONE:  Objection to form.

23     A.    Yes.

24     Q.    Is it also an accurate description

25 of the investment objective and method of

Page 35

1                              R. SCHOTTENFELD

2      operation of that for the period from

3      October 2004 through April of 2005?

4                    MR. STONE:   Objection to form.

5           A.    Yes.

6           Q.    Please draw your attention to

7      Page 12.

8           A.    Yes.

9           Q.    Please read the first paragraph

10     beginning with "The partnership's general

11     partner."  Do you see that?

12          A.    Yes.

13          Q.    You need not read it out loud.

14     Just read it to yourself, and tell me when

15     you're finished.

16          A.    Yes.

17          Q.    Is that accurate?

18          A.    Yes.

19          Q.    Is it accurate for the period from

20     October 2004 through April 2005?

21          A.    It is.

22          Q.    Please read the second paragraph

23     beginning with "Mr. Schottenfeld is the sole

24     principal."

25          A.    Yes.

Page 36

1                              R. SCHOTTENFELD

2          Q.     You have read it?

3          A.     Yes.

4          Q.     Is that accurate?

5          A.     Yes.

6          Q.     Is it accurate for the period from

7    October '04 through April '05?

8          A.     Yes.

9          Q.     We will come back to that, but you

10   may put it aside.

11                 MR. GOWEN:  Two, please?

12                 (Schottenfeld Exhibit 2, PowerPoint

13          presentation, marked for identification,

14          as of this date.)

15   BY MR. GOWEN:

16          Q.     Mr. Schottenfeld, we have placed

17   before you another document.  This one is marked

18   as Schottenfeld Exhibit 2.  Are you familiar

19   with this document?

20          A.     Yes.

21          Q.     What is it?

22          A.     It's a PowerPoint presentation that

23   we prepared to acquaint investors with the fund

24   and its operations.

25          Q.     I note that it's dated October 2005

Page 37

1                        R. SCHOTTENFELD

2    on the first page.  Do you see that?

3          A.    Yes.

4          Q.    Are there older versions of this

5    document?

6          A.    Yes, there have been.

7          Q.    Is this the most current one?

8          A.    I believe it is.  Actually, I don't

9    know if it's the most current one.

10          Q.    Well, let me ask you this --

11          A.    (Continued) But I don't think

12    there's material differences if there were

13    modifications in more current versions.

14          Q.    Does it accurately describe

15    Schottenfeld Associates for the period from

16    October 2004 through April 2005?

17                MR. STONE:  Objection to form.

18          A.    I believe it does.

19          Q.    Again, I think you spoke about this

20    before, but Schottenfeld Associates, the subject

21    of this document, is technically distinct from

22    Schottenfeld Qualified Associates, correct?

23          A.    Technically, although, I believe

24    that it was used generically here to represent

25    both funds.

Page 38

1                           R. SCHOTTENFELD

2          Q.     Please turn your attention to

3     Page 35.

4          A.     Okay.

5          Q.     What does this page describe?

6          A.     This describes some of the

7     individuals involved in the management of the

8     company and their responsibility.

9          Q.     It says in one of the boxes

10    "Stephen Kalish, research."  Do you see that?

11         A.     Yes.

12         Q.     What are Mr. Kalish's duties?

13         A.     He assists me in managing the

14    portfolio from a research perspective.  His

15    responsibilities would include meeting with

16    company managements, attending conferences and

17    conference calls and reading research and trying

18    to generate ideas, profitable investment ideas

19    for the partnership.

20         Q.     Was Mr. Kalish in that same

21    position in October 2004 through April 2005?

22         A.     He was.

23         Q.     The next box says "Paul Berliner,

24    analyst"?

25         A.     Yes.  Paul assists me in

Page 39

1                              R. SCHOTTENFELD

2    researching ideas.  He has shared

3    responsibilities between the two companies in

4    that he runs a portfolio for Schottenfeld Group.

5    So he doesn't get portfolio discretion within

6    Schottenfeld Qualified Associates, but he still

7    assists me in generating ideas and doing

8    research for which he's paid a small salary by

9    Schottenfeld Associates.

10            Q.     Does Mr. Kalish have portfolio

11   discretion within Schottenfeld Qualified

12   Associates?

13            A.     He can from time to time, yes,

14   although generally, that discretion is given on

15   a case-by-case basis by me, although I should

16   add, if I'm not available or not around, he does

17   have the right to react, you know, to liquidate

18   a position in the portfolio without consulting

19   me if he thinks it's the right decision.

20            Q.     Was Mr. Berliner in that position

21   from October 2004 through April 2005?

22            A.     Yes.

23            Q.     The next box says "Lewis Katz, head

24   trader"?

25            A.     Yes.

Page 53

1                              R. SCHOTTENFELD

2            A.     Yes.

3            Q.     In the paragraph below, it says,

4      "The partnership seeks to produce superior

5      returns primarily by taking a value-oriented

6      approach to investing in sectors that are

7      heavily followed by momentum investors."

8                   Do you see that?

9            A.     Yes.

10           Q.     What is a value-oriented approach?

11           A.     We're looking at technology

12     companies, and what we are trying to do is find

13     businesses where we think there is some sort of

14     asset floor or valuation floor that will protect

15     the risk side of the equation, and we feel that

16     by focusing on groups where there are a lot of

17     momentum investors like technology companies,

18     that we'll be rewarded disproportionately when

19     we're right.

20                  So for example, if a technology

21     company isn't growing their numbers very

22     quickly, there tends to be a limited audience

23     for that company and the valuations tend to get

24     compressed.  If those companies were to start to

25     grow again and put a growth or momentum-type

Page 54

1                     R. SCHOTTENFELD

2     multiple on them, then we would feel like we

3     would get not only price appreciation, we'd get

4     multiple expansion.  And so therefore, we feel

5     like the risk/reward is skewed by taking -- our

6     focusing on the valuation of the companies that

7     we're looking at.

8          Q.    What do you mean by "momentum

9     investors"?

10         A.    Some investors will look at the

11    balance sheet or valuation of a company.  Others

12    will just look at the revenue growth and

13    earnings growth.  Those that look at revenue and

14    earnings growth tend to invest from a momentum

15    perspective, meaning, that if these companies

16    continue to grow and produce, they may not be as

17    concerned about the valuation of the underlying

18    business as much as they are at the size of the

19    opportunity that they can capture, and that is

20    the description of a strategy called momentum

21    investing.

22         Q.    That's not what you do, correct?

23         A.    That's -- there's a component of

24    that in what we do in that we're trying to

25    anticipate where those investors will go, but we

Page 55

1                          R. SCHOTTENFELD

2    are trying to have some sort of valuation

3    protection, which is something that's not

4    consistent with momentum strategy.

5              Q.    By "valuation protection," you mean

6    the actual value of the company itself, correct?

7              A.    Yes, that perhaps we feel that the

8    risk/reward ratio which is really the terms that

9    we think in, you know, in terms of what's our

10   downside versus what's our upside, and we feel

11   the risk/reward ratio is skewed in our favor.

12   We're looking for those types of situations.

13             Q.    Please turn the page to the next

14   page.  The very first sentence says, "Although

15   the investment manager may pursue a variety of

16   fundamental and technical methods, strategies

17   and indicia on behalf of the partnership, the

18   principal focus of the partnership will be on

19   buying the securities of undervalued companies

20   that the investment manager believes are

21   misperceived by momentum investors and selling

22   short the securities of overvalued companies

23   that are in favor with momentum investors and

24   poised to disappoint."

25                      Did I read that correctly?

Page 56

1                           R. SCHOTTENFELD

2          A.      Yes, I believe so.

3          Q.      Is that a description of what you

4   were just describing to us?

5          A.      Yes.

6          Q.      In that sentence I just read where

7   it says "The securities of undervalued

8   companies," undervalued by whom?

9          A.      It's my perception that they'd

10  be -- that would relate to my perception of

11  their value.

12         Q.      You would believe that the value of

13  the company is higher than something else,

14  correct?

15         A.      Than where it was trading, than

16  itself.  I would -- that I'd believe that there

17  was an opportunity for stock appreciation based

18  upon where the shares were trading at the

19  present time.

20         Q.      So in other words, you believe that

21  the market price doesn't correctly reflect the

22  value of the company?

23                 MR. STONE:  Objection to form.

24         A.      Yes.

25         Q.      The answer is yes?

Page 59

1                        R. SCHOTTENFELD

2    a company?

3              MR. STONE:   Objection to form.

4         A.     We will meet with management.   We

5    will speak to Street analysts that have followed

6    those securities.   We will read the company's

7    public filings.   We will look at comparable

8    companies and see where they are valued versus

9    the company.

10             We might in certain instances

11   attend trade shows or company shows -- company

12   events to understand the momentum within a

13   business and, you know, speak to other people in

14   the industry and share information with other

15   investors, too that we might know are involved

16   in the company and compare our information with

17   them.

18        Q.     You mentioned that you might speak

19   with Street analysts?

20        A.     Yes.

21        Q.     What do you mean by "Street

22   analysts"?

23        A.     Analysts on the sell side.   We

24   talked earlier about the buy side and sell side

25   distinction.   Brokerage firm analysts would be

Page 60

1                              R. SCHOTTENFELD

2    Street, what we call Street research.

3            Q.    So would these be folks who are

4    trying to sell the securities of a company?

5            A.    Yes.

6            Q.    Why do you speak to them?

7            A.    We will -- they all generally

8    prepare financial models which we tend to use

9    and modify in looking at a company.  They tend

10   to have access to management on a consistent

11   basis and follow the data points around a

12   company that we may or may not catch.  You know,

13   we may miss some, they'll catch some.  If they

14   know we're involved, they'll call and alert us.

15   So we feel it's important to have that

16   relationship.

17           Q.    Why do you meet with management?

18           A.    There's nobody that can tell you

19   better what's going on in their business

20   generally than the management.  And you want to

21   make sure that your perception is accurate, and

22   you want to run by them, you know, your views on

23   what's happening at a company to make sure that

24   they feel that they're consistent with what's

25   actually going on.  And you want to do some

Page 61

R. SCHOTTENFELD

2   measuring of the people involved because

3   management is an important ingredient in a

4   company's success.

5          Q.     So I take it you don't use formulas

6   or ratios to come up with some sort of value,

7   correct?

8                 MR. STONE:   Objection to form.

9          A.     We use a number of different

10  formulas and ratios to try to gauge whether we

11  believe there's good value.  They vary from

12  security to security and -- but we're always

13  looking at different ratios, just not -- there's

14  no consistent formula for how we do it in any

15  instance.

16         Q.     You mentioned that you look at the

17  company's SEC filings, correct?

18         A.     Yes.

19         Q.     What in those SEC filings are you

20  looking for?

21         A.     It's hard to say.

22         Q.     Well, I assume financial

23  performance, correct?

24         A.     We're looking for financial

25  performance.  We're looking at the management

Page 62

R. SCHOTTENFELD

1
2   discussion and outlook.  We're looking at the
3   balance sheet to make sure that there's enough
4   capital to sustain the business's operation
5   through the period of time we think it's going
6   to be necessary for them to demonstrate the
7   success we're looking for.
8                    We're looking for what sorts of
9   changes are taking place in the business model,
10  as that's a way to unlock value.  When a company
11  changes their strategy or adopts new strategies,
12  frequently, that's a catalyst for some of this
13  valuation, value creation, I should say.  And so
14  we're always looking for those types of things
15  which show up in the management discussion.
16                    We're looking for customer
17  concentrations that might be risk factors.
18  We're looking for legal proceedings that might
19  be risk factors and a host of other things that,
20  you know, reading through a filing would elicit
21  questions and observations about a company.
22           Q.    Do you use the management's
23  forecasts of the financial performance of the
24  company in attempting to value the security?
25           A.    Yes.

1                    R. SCHOTTENFELD

2       A.    Uh-huh.

3       Q.    The last factor listed says

4  "Inefficiencies vis-a-vis intrinsic value."

5  What does that mean?

6       A.    I guess what we're trying to say is

7  that the market hasn't fully recognized the

8  intrinsic value of the company in our opinion,

9  and it's been inefficient, so therefore, you

10  know -- and I think what we're looking at as an

11  internal factor is what's going to make the

12  market more efficient, what's going to make the

13  market realize the value of this company.

14            MR. GOWEN:  You guys doing okay?

15            MR. STONE:  Yes.  How are you

16       doing?

17            THE WITNESS:  Okay.

18            MR. STONE:  When do you normally

19       take lunch?

20            THE WITNESS:  About noon.

21            MR. GOWEN:  I'm about to switch

22       gears.

23            Off the record.

24            (Discussion held off the record.)

25  BY MR. GOWEN:

Page 68

1                    R. SCHOTTENFELD

2          Q.     Schottenfeld Qualified Associates

3     invested in Workstream, correct?

4          A.     Yes.

5          Q.     Did it invest in Workstream using

6     the basic methodologies that we discussed when

7     looking at Schottenfeld Exhibits 1 and 2?

8          A.     For the most part.

9          Q.     Did it attempt to assess the

10    intrinsic value of Workstream?

11         A.     We didn't come up with a numerical

12    estimate.  In the case of Workstream, we did

13    come up with a model for valuing the anticipated

14    revenue streams and a general idea of what the

15    target was, what the target price was.

16         Q.     Generally, the idea was to

17    determine whether you could buy the securities

18    of Workstream for less than you thought they

19    were intrinsically worth?

20         A.     For less than I would sell them

21    for.

22         Q.     When did you first become

23    interested in Workstream stock?

24         A.     I had a meeting with Michael

25    Mullarkey in my office sometime, I guess, in

Page 69

1                          R. SCHOTTENFELD

2   January, the beginning of this process.

3          Q.    Let me cut you off there.  When did

4   Schottenfeld Qualified Associates first become

5   interested in Workstream stock?

6          A.    Well, Stephen had met with Michael

7   once before, before I did, though, I don't think

8   he had any interest in purchasing.  He had not

9   recommended the securities for purchase

10  following that meeting.

11         Q.    How did he come to meet with him?

12  How did Mr. Kalish come to meet with

13  Mr. Mullarkey in the first place?

14         A.    I'm not sure.  I believe one of the

15  brokerage firms -- actually, I believe that a

16  brokerage firm, CRT Research, that we deal with

17  suggested that this would be an interesting

18  company that fit the methodology of our fund.

19         Q.    Is it typical for your first look

20  at a company to come because someone from the

21  outside suggested it?

22         A.    That is one of the ways we find

23  companies, yes.

24         Q.    Is another way, that you find it

25  yourself?

Page 70

R. SCHOTTENFELD

1

2      A.    Yes.

3      Q.    Are there any other ways?

4      A.    We'll go to general industry

5   conferences or trade shows.  If we see a busy

6   booth, we might go look into what they are

7   doing.  We might find a company as it relates to

8   another company we're looking at, their

9   competitors, and we might say okay, this is

10   interesting because the group is doing, you

11   know -- so there's a number of ways.

12      Q.    Is it fair to say that with respect

13   to Workstream, that at least initially, it was

14   an idea that came to you from an outside source?

15      A.    Yes.

16      Q.    That outside source is CRT?

17      A.    I believe they were the first to

18   show us this stock.

19      Q.    At that point or somewhere

20   thereafter, Mr. Kalish met with Mr. Mullarkey,

21   correct?

22      A.    Yes.

23      Q.    Was he doing that as a courtesy to

24   the broker?

25      A.    We were -- we do that many times a

Page 71

1                          R. SCHOTTENFELD

2    week.

3          Q.    As a result of the meeting, he did

4    not recommend that Schottenfeld Qualified

5    Associates buy the stock?

6          A.    He did not.

7                MR. STONE:  Objection to form.

8          Q.    Do you remember about what time

9    this first recommendation from CRT occurred?

10         A.    I believe it was around January,

11   but I'm not certain.

12         Q.    To the best of your knowledge,

13   Schottenfeld Qualified Associates took no

14   interest in Workstream at all before that?

15         A.    To the best of my recollection at

16   this time, yes.

17         Q.    Do you recall what it was that CRT

18   thought Schottenfeld Qualified Associates would

19   find attractive about Workstream?

20         A.    No.

21         Q.    What happened after this initial

22   meeting after which Mr. Kalish did not recommend

23   the purchases of the security?

24         A.    As I recall, another firm or

25   through some other source, Mr. Mullarkey was