H. Robert Fiebach (HF- 5456)
David M. Doret (DD - 2949)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

Edward Hayum (EH - 8434)
COZEN O'CONNOR
45 Broadway Atrium, Suite 1600
New York, NY  10006
(212) 509-9400
*Attorneys for Defendants,*
*Michael Mullarkey and David Polansky*

Gary L. Leshko (GL-4146)
LAW OFFICES OF GARY L. LESHKO
One North Lexington Avenue, 15th Floor
White Plains, NY 10601
(914) 948-6000
*Attorney for Defendant, Workstream Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SCHOTTENFELD QUALIFIED ASSOCIATES LP, on behalf of itself and all others similarly situated,<br><br>v.<br><br>WORKSTREAM, INC.; MICHAEL MULLARKEY; AND DAVID POLANSKY,<br><br>                    Defendants. | | CASE NO. 05-CV-7092(CLB)<br><br><br>**NOTICE OF MOTION**<br>**FOR JUDGMENT**<br>**ON THE PLEADINGS** |

**PLEASE TAKE NOTICE** that defendants Workstream, Inc. Michael Mullarkey, and David Polansky will move, upon this document, and the accompanying Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, before the Honorable Charles L.

Brieant, USDJ, at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on September 14, 2007, or as soon thereafter as counsel may be heard, for an Order dismissing the Amended Class Action Complaint.

July 27, 2007

        Respectfully submitted,

By: /s/ H. Robert Fiebach
    H. Robert Fiebach (HF-5456)
    David M. Doret (DD - 2949)
    COZEN O'CONNOR
    1900 Market Street
    Philadelphia, PA  19103
    (215) 665-2000

    Edward Hayum (EH - 8434)
    COZEN O'CONNOR
    45 Broadway Atrium, Suite 1600
    New York, NY  10006
    (212) 509-9400

    *Attorneys for Defendants, Michael Mullarkey, and David Polansky*

    Gary L. Leshko (GL-4146)
    LAW OFFICES OF GARY L. LESHKO
    One North Lexington Avenue, 15th Floor
    White Plains, NY 10601
    (914) 948-6000
    *Attorney for Defendant, Workstream Inc.*