UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SCHOTTENFELD QUALIFIED
ASSOCIATES LP, on behalf of itself and all
others similarly situated,

                Plaintiff,

   - against -

WORKSTREAM, INC.; MICHAEL
MULLARKEY; and DAVID POLANSKY,

               Defendants.
----------------------------------------------------------x

05 Cv. 7092 (CLB)

*Memorandum and Order*

Brieant, J.

    Before the Court is Defendants' Motion to Strike Plaintiffs' Response to Defendants' Supplemental Memorandum in Support of Motion for Judgment on the Pleadings, or, in the Alternative, Leave to File a Response. (Doc. 70.) Plaintiffs opposed the motion. Oral arguments were held on January 4, 2008 and this Court reserved decision.

    Defendants' motion to strike is denied, but Defendants may file a response to Plaintiffs' Response in Opposition to Joint Motion for Judgment on the Pleadings (Doc. 69) by February 5, 2008, at which time Defendants' Motion for Judgment on the Pleadings (Doc. 53), directed against Plaintiffs' Second Amended Class Action Complaint, will be fully submitted.

SO ORDERED.
Dated: White Plains, New York
       January 7, 2008

_____
Charles L. Brieant, U.S.D.J.