UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHOTTENFELD QUALIFIED ASSOCIATES LP, on behalf of itself and all others similarly situated,<br><br>v.<br><br>WORKSTREAM, INC.; MICHAEL MULLARKEY; AND DAVID POLANSKY,<br><br>Defendants. | CASE NO. 05-CV-7092(CLB) |

### STIPULATION & ORDER

It is hereby stipulated and agreed this 14th day of February 2008, by and between the undersigned counsel, on behalf of their respective clients, as follows:

1. In view of the pendency of a potential resolution of the claims in this action, the Motion of Defendants for Judgment on the Pleadings [Docket Nos. 53-55] filed with the court on July 27, 2007 (the "Motion"), shall be withdrawn without prejudice.

2. In the event that the settlement should not become effective, or shall be terminated, the Motion shall be automatically reinstated by notice being given to the Court by counsel to Defendants, and the parties shall revert to their respective statuses with respect to the Motion as they existed immediately prior to January 28, 2008, with (a) Defendants having the opportunity to file a final Reply Memorandum within ten (10) business days after giving notice of the reinstatement of the Motion; and (b) the Motion thereupon being deemed fully submitted for decision.

Dated: February 14, 2008

SHALOV STONE BONNER & ROCCO LLP

_/s/ Ralph M. Stone_
Ralph M. Stone
Thomas G. Ciarlone, Jr.
Amanda C. Scuder
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel: (212) 239-4340

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
11 Hanover Square, 2nd Floor
New York, NY 10005
Tel: (212) 868-3610
*Lead Plaintiffs' Counsel*

COZEN O'CONNOR

_/s/ David Doret_
H. Robert Fiebach
David M. Doret
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Edward Hayum
45 Broadway Atrium, Suite 1600
New York, NY 10006
(212) 509-9400
*Counsel for Defendants Michael Mullarkey and David Polansky*

BAKER, LESHKO, SALINE & BLOSSER, LLP

_/s/ Gary L. Leshko_
Gary L. Leshko
One North Lexington Avenue
15th Floor
White Plains, NY 10601
(914) 681-9500

*Counsel for Defendant Workstream, Inc.*

2

SO ORDERED:

White Plains, N.Y.
February 19, 2008

_____
USDJ    Brieant, J.

PHILADELPHIA\3548005\1 177282.000

# BLEAKLEY PLATT & SCHMIDT, LLP

One North Lexington Avenue
P.O. Box 5056
White Plains, New York 10602-5056
(914) 949-2700

Date: February 15, 2008          File: 08327-00006

| ADDRESSED TO: | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|
| Hon. Charles L. Brieant, U.S.D.J. | (914) 390-4077 | (914) 390-4085 |
| Charles I. Miller, Esq. | (860) 346-5244 | (860) 347-9706 |

FROM: Thomas G. Bailey, Jr.

RE: Westchester Country Club – E-Payroll Plus, Inc.

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 3

COMMENTS:

If you do not receive all pages, please call (914) 949-2700 and ask to speak with the sender.

Bleakley Platt & Schmidt Facsimile No.: (914) 683-6956
IMPORTANT NOTICE: The accompanying fax transmission is intended to be viewed and read only by the individual or entity named above. If you are not the intended recipient so named, you are prohibited from reading this transmission. You are also notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us by the U.S. Postal Service.

Thank you.

# COZEN O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**David M. Doret**
Direct Phone   215.665.3716
Direct Fax   215.701.2416
ddoret@cozen.com

February 15, 2008

**VIA FACSIMILE – 914-390-4085**

Honorable Charles L. Brieant
United States District Court for the Southern
District of New York
United States Courthouse
300 Quarropas Street - Room 275
White Plains, NY 10601-4150

    Re:   Schottenfeld Qualified Associates, LP v. Workstream, Inc., et al.
              United States District Court
              Southern District of New York
              Case No. 05-CV-7092 (CLB)

Dear Judge Brieant:

    Please find enclosed a courtesy copy of the Stipulation that was filed with the Court today.

                                Respectfully,

                                COZEN O'CONNOR

                                By:   David M. Doret

DMD:db
Enclosure

cc:   Ralph M. Stone, Esquire
       Ronen Sarraf, Esquire
       Gary L. Leshko, Esquire

PHILADELPHIA\3549472\1 177282.000