UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHOTTENFELD QUALIFIED ASSOCIATES LP, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORKSTREAM, INC., MICHAEL MULLARKEY, and DAVID POLANSKY,<br><br>Defendants. | CASE No. 05-CV-7092 (CLB)<br><br>*Document Electronically Filed* |

**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 23 and this Court's Order, dated March 12, 2008, preliminarily approving this Settlement [Dkt. No. 77], Plaintiffs hereby move for final approval of this Settlement and for the entry of a final order in the form attached as Exhibit E to the parties' Stipulation and Agreement of Settlement [Dkt. No. 76].

Dated: June 17, 2008               Respectfully submitted,

                                   SHALOV STONE BONNER & ROCCO LLP

                                   /s/ Ralph M. Stone
                                   Ralph M. Stone (rstone@lawssb.com)
                                   Thomas G. Ciarlone (tciarlone@lawssb.com)
                                   Amanda C. Scuder (ascuder@lawssb.com)
                                   485 Seventh Avenue, Suite 1000
                                   New York, NY 10018
                                   (212) 239-4340

                                   SARRAF GENTILE LLP
                                   Ronen Sarraf (ronen@sarrafgentile.com)
                                   Joseph Gentile (joseph@sarrafgentile.com)
                                   11 Hanover Square
                                   New York, NY 10005
                                   (212) 868-3610

                                   *Co-Lead Counsel For Plaintiffs*